IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STEVEN ROLAND                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:08cv76-KS-MTP

RONALD KING                                                                                       DEFENDANT

## ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion for Summary Judgment [21] filed by Defendant on November 10, 2009. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Plaintiff shall file his response to the motion on or before December 14, 2009; and

2. Should Plaintiff fail to respond by December 14, 2009, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 30th day of November, 2009.

                                                                s/ Michael T. Parker
                                                                United States Magistrate Judge