# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**STEVEN ROLAND**                                                               **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO. 2:08cv76-MTP**

**RONALD KING**                                                          **DEFENDANTS**

## ORDER SETTING PRE-TRIAL CONFERENCE

This matter is before the court *sua sponte* for case management purposes. On February 1, 2010, the court entered a Memorandum Opinion and Order [25] denying Defendants' Motion for Summary Judgment. Accordingly, the court finds that this matter is ready to proceed to trial.[1]

IT IS THEREFORE ORDERED:

1. That a **pre-trial conference** is set for **April 22, 2010**, at **2:15 p.m.** before the undersigned in Courtroom 1, United States Courthouse, 701 N. Main Street, Hattiesburg, Mississippi. In preparation for the pre-trial conference, the parties are to prepare and submit a **list of potential witnesses and exhibits** that they anticipate will be utilized at the trial of this matter. Said witness and exhibit lists shall be submitted to the undersigned's chambers (United States Courthouse, 701 N. Main Street, Suite 216, Hattiesburg, MS 39401) and served on the opposing parties **at least three days prior to the conference.** The list of witnesses should contain the appropriate addresses and M.D.O.C. numbers (if applicable) of the proposed witnesses, as well as a brief summary of what each would testify to at the trial of this matter. Any party who fails in good faith to prepare for this conference in accordance with this order may be sanctioned by the court as provided by the Federal Rules of Civil Procedure. A sample of the

---

[1] The claims in this action are outlined in the Memorandum Opinion and Order [25].

witness and exhibit list submissions is provided as an attachment to this Order.

    2.    As the claims in this action are outlined in the Memorandum Opinion and Order [25], and the parties will be submitting proposed witness and exhibit lists, the court will dispense with the requirement of a pre-trial order.

    3.    Counsel for Defendants shall be prepared to discuss potential trial dates.

    4.    That the Clerk of the court is directed to issue a writ of habeas corpus *ad testificandum* for Plaintiff to attend the pre-trial conference on the date and time set forth above.

SO ORDERED, this the 29th day of March, 2010.

                        s/ Michael T. Parker
                        United States Magistrate Judge

# WITNESS LIST

**PLEASE LIST ALL PERSONS YOU WISH TO CALL AS A WITNESS IN THE TRIAL OF YOUR CASE.  FOR EACH PERSON LISTED, WRITE ON THIS SHEET:**

    1.    NAME

    2.    MDOC NUMBER, IF APPLICABLE

    3.    LOCATION OR ADDRESS

    4.    STATEMENT OF THEIR PROPOSED TESTIMONY

1.

2.

3.

# EXHIBIT LIST

**PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE (papers, medical records, pictures, statements of witnesses, etc.) FOR EACH EXHIBIT LISTED, WRITE ON THIS SHEET:**

    1.    A BRIEF DESCRIPTION OF THE EXHIBIT

    2.    A SHORT STATEMENT OF THE PURPOSE FOR WHICH THE EXHIBIT WILL BE INTRODUCED.

1.

2.

3.